UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| STEVEN F. DIMEO | ) CHAPTER 7 |
| | ) CASE NO. 16-13926-JNF |
| | ) |
| Debtor | ) |

### CHAPTER 7 TRUSTEE'S OBJECTIONS TO CLAIMS

Mark G. DeGiacomo, the duly appointed Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Steven F. DiMeo (the "Debtor") hereby makes the following Objection to Claim pursuant to Rule 3007 of the Federal Rules of Bankruptcy Procedure and Massachusetts Local Bankruptcy Rule 3007-1.

**Claimants receiving this Objection should locate their names and claims in this Objection.**

1.  The Trustee objects to the secured proof of claim of **Sterritt Lumber Company,** filed on December 15, 2016, in the amount of **$19,126.46** and identified as **Claim No. 6** on the Claims Register. As grounds for this objection, the Trustee states that the amount asserted by the Claimant is fully secured by the Debtor's real estate located at 18 Rugdale Road, Boston, Massachusetts (the "Boston Real Estate"). On May 18, 2017, the Trustee filed a Notice of Abandonment of the Boston Real Estate. Therefore, the Trustee states that **Claim No. 6** should be disallowed for distribution purposes.

    **Recommended allowance: $0.**

2.  The Trustee objects to the unsecured proof of claim of **Mariel Silverio,** filed on February 18, 2017, in the amount of **$86,287.53** and identified as **Claim No. 15** on the Claims

8087769v1

Register. As grounds for this objection, the Trustee states that this claim is based on an arbitration award in the amount of $70,082.00 plus interest. No documentation is provided that would justify the addition of interest to the amount of the arbitration award. Therefore, the Trustee states that **Claim No. 15** should be allowed as a general unsecured claim in the amount of $70,082.00.

      **Recommended allowance: $70,082.00 as a general unsecured claim.**

3.      The Trustee objects to the proof of claim of **Elliot Chaikof** and **Melissa Chaikof** filed on February 27, 2017. This proof of claim asserts a general unsecured claim in the amount of **$17,206.00**, and is identified as **Claim No. 17** on the Claims Register. As grounds for this objection, the Trustee states that the Claimant has failed to provide any back-up documentation for this claim and this claim appears to seek recovery for the same underlying debt referenced in **Claim 16**. The Trustee states that **Claim No. 17** should be disallowed.

      **Recommended allowance: $0**.

WHEREFORE, the Trustee respectfully requests that this Court enter an Order sustaining the objection set forth herein.

      Respectfully submitted,
MARK G. DEGIACOMO, CHAPTER 7
TRUSTEE OF THE ESTATE OF
STEVEN F. DIMEO,

/s/Anthony R. Leone
Anthony R. Leone, Esq. BBO #681760
Mark G. DeGiacomo, Esq. BBO #118170
Murtha Cullina LLP
99 High Street
Boston, MA 02110
617-457-4000 Telephone
617-482-3868 Facsimile
mdegiacomo@murthalaw.com
aleone@murthalaw.com

Dated: June 5, 2017

8087769v1