UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:                                        CHAPTER 7
                                              CASE NO. 16-13926
STEVEN F. DIMEO
      Debtor,

LIMITED OPPOSITION TO CHAPTER 7 TRUSTEE'S OBJECTIONS TO CLAIMS

Now comes creditor F.D. STERRITT LUMBER COMPANY ("CREDITOR") in

the above referenced matter and hereby submits its limited opposition

to the Chapter 7 Trustee's Objections to Claims.

In support of this opposition, the CREDITOR respectfully

represents as follows:

1.    On December 15, 2016, CREDITOR filed a secured proof of

      claim in the amount of $19,126.46 and identified as Claim

      No. 6 on the Claims Register.

2.    On June 14, 2017, CREDITOR filed an amended unsecured proof

      of claim in the amount of $19,216.46 and identified as

      Amended Claim No. 6 on the Claims Register.

WHEREFORE, the Chapter 7 Trustee's Objection to Claims as to

creditor F.D. STERRITT LUMBER COMPANY should be denied as the Chapter

7 Trustee's Objection to F.D. STERRITT LUMBER COMPANY's claim is now

moot.

                              F.D. STERRITT LUMBER COMPANY
                              By its attorney,

Dated: June 14, 2017          /s/ Alan M. Cohen, Esquire
                              Alan M. Cohen, Esquire (BBO # 088375)
                              LAW OFFICES OF ALAN M. COHEN LLC
                              550 Worcester Road
                              Framingham, MA 01702
                              (508) 620-6900
                              amc.law@verizon.net

CERTIFICATE OF SERVICE

I, Alan M. Cohen, Esquire, certify under the pains and penalties of perjury that on this June 14, 2017, a true and correct copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR DOCUMENTS was served via the U.S. Bankruptcy Court's CM/ECF filing system or by U.S. Mail, First Class, postage pre-paid, to those persons not appearing on the Court's receipt of electronic filing: Debtor's counsel, Leonard A. Frisoli, Esquire, Frisoli & Associates, 43 Thorndike Street, Cambridge, Massachusetts 02141 and Bankruptcy Trustee, Mark G. DeGiacomo, Esquire, Murtha Cullina LLP, 99 High Street, Boston, Massachusetts 02110.

/s/ Alan M. Cohen, Esquire
Alan M. Cohen, Esquire